No. 80–6077. WILLIAMS *v.* EVANGELICAL RETIREMENT HOMES OF GREATER ST. LOUIS, DBA FRIENDSHIP VILLAGE. C. A. 8th Cir. Certiorari denied.

No. 80–6080. SHELDON *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 80–6084. BURTON v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 80–6085. HOCKER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–6087. BARHAM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6088. DAVIS *v.* WARDEN, CENTRAL PRISON, ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–6092. CALDWELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–6097. MACON *v.* MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 80–6098. AKBAR *v.* CANNERY ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–6100. LOMAX *v.* ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 80–6101. MABRY *v.* CENLA FINANCE, INC. C. A. 5th Cir. Certiorari denied.

No. 80–6106. HAYTON *v.* ANDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 80–6110. McDONALD *v.* METROPOLITAN AIRPORT AUTHORITY ET AL. C. A. 6th Cir. Certiorari denied.